UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

ROOR INTERNATIONAL BV,

     Plaintiff,

v.                                Case No:   6:19-cv-303-Orl-37GJK

ANA EQUITY, LLC; and ABED ASKER,

     Defendants.

_____

## ORDER OF DISMISSAL

     Before the Court is Plaintiff's Notice of Voluntary Dismissal with Prejudice (Doc. 11) filed May 16, 2019.   No answer has been filed.   Accordingly, it is

     **ORDERED** that this case is hereby **DISMISSED** with prejudice.   The Clerk is directed to close the file.

     **DONE AND ORDERED** in Chambers in Orlando, Florida, on May 21, 2019.



ROY B. DALTON JR.
United States District Judge

Copies:        Counsel of Record